

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00151-CV

John **PORTERFIELD,**
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's Unopposed Second Motion for Extension of Time to File Appellee's Brief is GRANTED. The brief is due <u>no later than October 21, 2020.</u>

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court